AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Luis M. Colon

V.

Abbott-Action, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CV 10818 WGY

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
Abbott-Action, Inc.
1 Campbell Street
Pawtucket, RI 02860

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood, Esquire
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.




SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

4-25-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4/28/05 |
|---|---|
| NAME OF SERVER *(PRINT)* PAUL F. WOOD | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to Fed. R. Civ. P. 4(h) and Mass. R. Civ. P. 4(e), by serving true copies of the Summons and Complaint upon Defendant at its principal place of business, via U.S. Certified Mail, on 4/28/05.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/05
Date

[signature]
*Signature of Server*

Law Office of Paul F. Wood P.C.
45 Bowdoin Street
Boston, Massachusetts 02114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.