UNITED STATES DISCTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

LUIS M. COLON

    Plaintiff,

v.                                         CA. No. 05 CV 10818 WGY

ABBOTT-ACTION, INC.

    Defendant

## ANSWER

Defendant answers the numbered paragraphs of the Complaint as follows:

1. Denied.

2. Denied.

3. Defendant admits that if this Court had jurisdiction as alleged in paragraphs 1 and 2, it would have pendent and/or supplemental jurisdiction of Counts II and III.

4. Admitted upon information and belief.

5. Defendant admits that it is a Rhode Island for-profit corporation with a place of business in Pawtucket, RI. Further answering, Defendant has a place of business in Canton, Massachusetts as well.

6. Denied.

7. Defendant denies that Colon received "consistent positive feedback" concerning his performance. Defendant admits that at the time of his termination, Colon held the position of Finishing Machine Operator.

8. Admitted.

9. Denied.

10. Admitted.

11. Defendant admits that on or about July 19, 2004, Colon reported that he had suffered an on-the-job back injury.

12. Defendant is without sufficient information to form a belief as to the truth of this allegation.

13. Defendant admits that when Colon returned to work he was given a light duty assignment pursuant to doctor's orders.

14. Defendant admits that Colon submitted a statement of workplace injury; defendant denies the remaining allegations of this paragraph.

15. Denied.

16. Denied.

17. Denied.

18. Admitted.

19. Defendant admits that Colon was laid off on or about October 1, 2004.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Defendant incorporates herein its answers to paragraphs 1-23 of the Complaint as if fully set forth herein.

25. Denied.

26. Denied.

27. Admitted.

28. Denied.

29. Denied.

30. Defendant incorporates herein its answers to paragraphs 1-29 as if fully set forth herein.

31. Denied.

32. Denied.

33. Defendant incorporates herein its answers to paragraphs 1-32 as if fully set forth herein.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

## DEFENSES

1. Some or all counts of the Complaint fail to state a claim upon which relief may be granted.

2. Plaintiff's treatment by Defendant was at all times based on reasonable factors, including Defendant's efforts to meet legitimate business needs.

3. Although Defendant expressly denies any liability to Plaintiff, Plaintiff has failed to mitigate his damages, if any.

4. The Complaint is barred by the doctrine of estoppel.

5. Defendant reserves the right to assert additional affirmative defenses.

WHEREFORE, defendant prays that the Complaint be dismissed in its entirety.

Respectfully submitted,

ABBOTT-ACTION, INC.

By its attorneys,

Morgan, Brown & Joy
200 State Street
Boston, MA 02109

By:_____/s/_____
          Keith B. Muntyan, Esq.
          BBO #361380

CERTIFICATE OF SERVICE

I, Keith B. Muntyan, hereby certify that a true copy of the within pleading was served by First Class Mail upon counsel for plaintiff on the above date.

_____/s/_____
Keith B. Muntyan