UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Luis M. Colon, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-10818 WGY |
| vs. | ) | |
| | ) | |
| Abbott-Action, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Now come the Parties, by their respective counsel, and submit herein their Local Rule 16.1(D) Joint Statement:

(1) Discovery Plan -

**July 30, 2005:** Automatic Required Disclosures served.

**December 1, 2005:** Non-expert Discovery completed.

**December 1, 2005:** Plaintiff's Expert Disclosure served.

**January 15, 2005:** Defendants' Expert Disclosures served.

**February 15, 2005:** All Expert Discovery completed.

The Parties do not believe that phased discovery is appropriate in this action.

(2) Proposed Schedule for the Filing of Motions -

**March 1, 2005:** All motions under Fed.R.Civ.P. 56 filed, ~~with oppositions to be filed within twenty-one days thereafter.~~  *N/M/Y*

**June, 2005:** The Parties will be ready for trial.

*July 6, 2005*
YOUNG, D.J.   *as modified*
So ordered as the case management scheduling order.
Discovery due *Feb 15 2006*
Dispositive Motions due *March 1, 2006*

*William G. Young*
U.S. District Judge

(3)　**Certifications Signed by Counsel and Authorized Party Representatives -**

The said Certifications will be filed by the Parties under separate cover.

Respectfully Submitted,

| | |
|---|---|
| Luis M. Colon<br>By his attorney, | Abbott-Action, Inc.<br>By its attorneys |
| /s/Paul F. Wood<br>Paul F. Wood, BBO 565195<br>Law Office of Paul F. Wood, P.C.<br>45 Bowdoin Street<br>Boston, MA 02114<br>(617) 532-2666 | /s/Keith B. Muntyan<br>Keith B. Muntyan, BBO 361380<br>Robert P. Morris, BBO 546052<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>(617) 523-6666 |