UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luis M. Colon, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10818 WGY |
| vs. ) | |
| ) | |
| Abbott-Action, Inc., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Rule 16.1(D)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, and in anticipation of the Scheduling Conference on July 12, 2005, counsel for Defendant and Defendant hereby affirm as follows:

Abbott-Action, Inc. and its counsel have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

_____          _____
Gail Conca, Treasurer              Keith B. Muntyan, Esq.
Abbott-Action, Inc.                Counsel for Defendant
10 Campanelli Circle               Morgan, Brown & Joy
Canton, MA 02021                   200 State Street
                                   Boston, MA 02109
Date: 6/29/05                      (617) 523-6666

                                   Date: 7/5/05

1